UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | | |
|---|---|---|
| JEANETTE BROWN, | ) | **CASE NO.** 1:17-cv-01057-NJV |
| | ) | |
| Plaintiff, | ) | **ORDER [proposed] GRANTING THE** |
| | ) | **JOINT STIPULATION REGARDING** |
| v. | ) | **PLAINTIFF'S MOTION TO STRIKE** |
| | ) | **DEFENDANTS' AFFIRMATIVE** |
| 101 WADDINGTON STRIP MALL, *et al.* | ) | **DEFENSES** |
| | ) | |
| Defendants. | ) | |

The Court, upon consideration of the Stipulation by the Parties, and for good cause shown, here by ORDERS: Should this case fail to settle at mediation, Plaintiff shall have the right to file a Motion to Strike Defendants' Affirmative Defenses. Said motion shall be filed no later than twenty-one (21) days after the mediation takes place.

**IT IS SO ORDERED.**

Dated: May 23, 2017       By: _____
United States Magistrate Judge
Nandor J. Vadas